IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HERBERT MALLORY NEAL and
MARTHA NEAL, his wife,

    Plaintiffs,

v.                       CASE NO.: 4:10v130-SPM/WCS

SHARON L. GRIMES, an individual, and
JIMMIE'S AUTO AND TRUCK PLAZA OF
LEE FLORIDA, INC., a Florida
corporation d/b/a JIMMIES AUTO &
TRUCK PLAZA SERVICE CENTER,

    Defendants.
_____/

## ORDER EXTENDING DEADLINE FOR RULE 26 CONFERENCE

Upon consideration, Plaintiffs' Consent Motion to Extend the Deadline for the Rule 26 Conference by Fourteen (14) Days, doc. 11, is granted. The parties shall have up to and including June 18, 2010, to hold their Rule 26 conference. The joint report shall be filed on or before July 2, 2010.

SO ORDERED this 8th day of June, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge